# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14I0058. HOSPITAL AUTHORITY OF VALDOSTA/LOWNDES COUNTY, et al. v. PATREACE BRINSON, et al.**

Patreace Brinson, individually and as mother and natural guardian of three-month old Kurrenci Moore, sued the Hospital Authority of Valdosta/Lowndes County, Emergency Medical South, LLC, a nurse, a physician assistant, and a doctor (collectively "the Hospital Authority") for medical malpractice relating to the treatment of her son. Brinson and the Hospital Authority filed motions for summary judgment, arguing the proper standard of proof and the applicability of OCGA § 51-1-29.5, the emergency medical care statute. The trial court denied the Hospital Authority's motion for summary judgment, but granted Brinson's motion for partial summary judgment, finding that OCGA § 51-1-29.5 does not apply in this case. The Hospital Authority filed this application for interlocutory appeal, arguing in part that the trial court erred in granting partial summary judgment to Brinson.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicants have not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. The Hospital Authority shall have ten days from the date of this order to file a notice of appeal in the trial court. If it has already filed a notice of appeal from the order at issue here, it need not file a second notice. The clerk of the trial

court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 11/21/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*